IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
OCT 2 3 2013
U. S. DISTRICT COURT
MID. DIST. TENN.

ROBERT ZENAS WHIPPLE, III ]
    Plaintiff ]
     ]
vs. ] Civil Action No.: 1:13-0109
     ] JUDGE HAYNES
DERRICK SCHOFIELD, et al., ]
    Defendants ]

*ORDER: The Defendants shall respond to this motion by November 31, 2013. [signature] 10-24-13*

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

    Plaintiff hereby moves this honorable court to issue a Temporary Restraining Order and an Order to Show Cause. Plaintiff is suffering irreparable harm in the form of continued physical and mental pain and suffering and an increasing risk of further damage to his esophagus. In fact, plaintiff is unable to sleep due to this pain and respectfully requests the court to enter a ruling without delay to minimize Plaintiff's suffering. In support of this motion, Plaintiff has previously filed a Declaration (Docket Entry No. 5) and a Memorandum of Law (Docket Entry No. 4).

    Plaintiff prays that this court order defendants to provide the medications that are being withheld, Rantidine and Metoclopramide, at the dosage prior to the unconstitutional actions of TDOC's Pharmacy & Therapeutics Committee in denying plaintiff treatment for his serious medical need in May of 2013. Plaintiff asks that this order be effective immediately and remain in effect until such time a hearing can be held on a preliminary injunction.

    Plaintiff further requests this court issue an order instructing defendants to show cause, at a time and place of the court's choosing, why a preliminary injunction should not issue, pursuant to Rule 65(a), Fed.R.Civ.P., ordering defendants to continue providing plaintiff's medications until this lawsuit is adjudicated.

Whipple – Motion for TRO & Preliminary Injunction – Page 1 of 3

Case 1:13-cv-00109 Document 13 Filed 10/23/13 Page 1 of 3 PageID #: 72
Case 1:13-cv-00109 Document 19 Filed 10/25/13 Page 1 of 1 PageID #: 92