IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
DEC 26 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

ROBERT ZENAS WHIPPLE, III )
)
Plaintiff, ) CASE NO. 1:13-cv-00109
) Chief Judge Haynes
v. )
)
DERRICK SCHOFIELD, et al. )
)
Defendants. )

## MOTION TO WITHDRAW

Plaintiff moves to withdraw two related motions, Motion to Delay Ruling and Motion to Reconsider (Motion for an Order for a Physical Examination) (Docket Entry No. 45). Based on cursory legal research, it appears plaintiff has misapplied Rule 35 Fed.R.Civ.P and wishes to withdraw these motions to save all parties time and effort.

Dated this 20th day of December, 2013

Robert Z. Whipple, III #399615
Turney Center Industrial Complex
1499 R. W. Moore Memorial Hwy.
Only, Tennessee 37140-4050

[Handwritten note by judge: This motion is GRANTED and the motion (DE No 45) is DENIED as moot. 1-2-14]

1:13-cv-0109 — MOTION TO WITHDRAW — Page 1 of 2

Case 1:13-cv-00109  Document 88  Filed 12/26/13  Page 1 of 3 PageID #: 318
Case 1:13-cv-00109  Document 93  Filed 01/02/14  Page 1 of 1 PageID #: 327