IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
MAR 0 7 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

**ROBERT ZENAS WHIPPLE, III** )
)
    Plaintiff, )    **CASE NO. 1:13-cv-00109**
)    CHIEF JUDGE HAYNES
v. )    JURY DEMAND
)
**DERRICK SCHOFIELD, et al.** )
)
    Defendants. )

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff hereby moves this honorable Court to issue a Preliminary Injunction, granting similar relief as that given the Plaintiff, to several prospective class members at Turney Center Industrial Complex ("TCIX"). These prisoners are experiencing irreparable harm in the form of continued physical and mental pain and an increasing risk of medical complications, such as Barrett's Esophagus. In fact, all report being unable to sleep due to this pain and respectfully request the Court to enter a ruling without delay to minimize their suffering.

Each of these class members has written to the TCIX Medical Director with copies to the Health Services Administrator and Warden seeking relief prior to this motion (see Exhibits A, B, D, E). Each has also submitted declarations in which they describe their symptoms and efforts to obtain adequate treatment (see Appendix to Amended Complaint, Docket Entry No. 103-2 and Exhibit F). In addition, Plaintiff has attached a declaration in support of this motion (Exhibit G). As to the law regarding this motion, Plaintiff would argue that the same law is applicable as to the previous Order, and therefore would rely on the Memorandum of Law previously filed (Docket Entry No. 4).

Plaintiff prays that this Honorable Court will ORDER that Terry Lee Blanford, TDOC #205755; ~~William Holcomb, TDOC #381330;~~ Terry Dewayne Neal, TDOC #478135; Tony Harold Pope, TDOC #254569; and Phillip A. York, TDOC #341821 are to receive over-the-counter Omerprazole ("Prilosec") medication until they are treated by a specialist. A proposed Order is attached.

Dated this 6th day of March, 2014

_____
Robert Z. Whipple, III #399615
Turney Center Industrial Complex
1499 R. W. Moore Memorial Hwy.
Only, Tennessee 37140-4050

## CERTIFICATE OF UNDERSTANDING

By signing below, I respectfully request the Court to enter a ruling without delay to minimize my suffering. I agree that I have read the foregoing, or had it read to me, and that I understand that I am asking for medical treatment in a Court of Law, and that this document and any subsequent answers, responses, etc., will become a public record. I further understand that the specialist's report may also be made public and a part of this proceeding.

_____
Terry Lee Blanford, TDOC #205755

_____
Tony Harold Pope, TDOC #254569

_____
~~William Holcomb, TDOC #381330~~

_____
Phillip A. York, TDOC #341821

_____
Terry Dewayne Neal, TDOC #478135

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the foregoing document has been placed in the U.S. Mail, first class postage prepaid, to the following:

Arthur Crownover II
Civil Rights and Claims Division
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 37202-0207

Gail Vaughn Ashworth
John C. McCauley
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 800
Nashville, TN 37219-1743

_____
Robert Z. Whipple, III #399615
Plaintiff, *pro se*