IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
NOV 12 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

ROBERT ZENAS WHIPPLE, III ]
   Plaintiff ]
]
vs. ] Civil Action No.: 1:13-cv-109
] JUDGE HAYNES
DERRICK SCHOFIELD, et al., ]
   Defendants ]

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding parties.

1. The plaintiff in his original complaint named John Doe Defendants, as the names of the members of the TDOC Pharmacy & Therapeutics Committee members were unknown to the plaintiff at the time of filing.

2. Since the filing of the complaint the plaintiff has determined that the names of the members are:

   - **KENNETH WILLIAMS**, TDOC Medical Director
   - **DR. MARINA CADRECHE**, TDOC Director of Clinical Services
   - **WILMA TAYLOR**, Director of Nursing
   - **WILLIAM ANDRADE**, MD, CCA Chief Medical Officer
   - **DR. JOHN BAXTER**, CCA Mental Health Director
   - **MICHELLE TIPTON**, CCA Regional Director
   - **MERITA VEST**, TDOC, Executive Assistant/Recorder
   - **DWAYNE PHILLIPS**, Corizon, Vice President Operations

[Handwritten annotation in margin: "The Court concludes that a frivolity hearing is necessary to assess the claims in the proposed amended complaint. The hearing is set for May 23, 2014 at 2:30 pm at the Columbia Courthouse. The custodian of the plaintiff shall produce him for the hearing. /s/ [signature] WJH Sr. 4-9-14"]