SCANNED

RECEIVED
IN CLERK'S OFFICE
APR 08 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:13-cv-00109    RECEIVED |
| | ) CHIEF JUDGE HAYNES    IN CLERK'S OFFICE |
| v. | ) JURY DEMAND |
| | )    **ORDER**    APR 14 2014 |
| DERRICK SCHOFIELD, et al. | ) *This motion is DENIED* |
| | ) *U.S. DISTRICT COURT* |
| Defendants. | ) *as a request for documents MID. DIST. TENN.* |

*Requires making documents available for inspection, not*

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY *copying.*

The plaintiff moves pursuant to Rule 37(a)(3)(B)(iv)[1] of the *Federal Rules of Civil* *Plaintiff*

*Procedure,* for an order compelling Defendant Kevin Rea to produce copies of documents *must*

requested on January 31, 2014 and February 5, 2014 and reviewed on March 28, 2014 (*see* *pay for*

*DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A RULE 26(f) DISCOVERY* *copies.*

*CONFERENCE*; filed April 1, 2014; Docket Entry No. Unknown).

*[signature]*
*4-17-14*

As grounds for this motion, Plaintiff states that neither Mr. Rea nor his attorney served a written response to these requests (*Id.* ¶ 17). The Attorney General's Office responded that the documents are on file in Mr. Rea's Office, available for the plaintiff to review (*Id.* ¶ 18). The plaintiff met with Mr. Rea on March 28, 2014 and reviewed the documents, selecting pages that he wanted copied (*Id.* ¶ 20). During the review, Plaintiff identified documents that were missing from his copy of his court-ordered medical record; Mr. Rea made copies of these as well (*Id.* ¶ 21).

---

[1] (B) To Compel a Discovery Response. A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if:
    (iv) a party fails to respond that inspection will be permitted--or fails to permit inspection--as requested under Rule 34.

