IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III, | ) |
| Plaintiff, | ) Case No. 1:13-cv-0109 |
| | ) Chief Judge Haynes |
| v. | ) |
| DERRICK SCHOFIELD, et al., | ) |
| Defendants, | ) |

**ORDER**

Before the Court is Plaintiff's motion to dismiss as to Defendant Constance Ward. (Docket Entry No. 191), that is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), all claims brought by Plaintiff in this action against Defendant Constance Ward only are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

ENTERED this the 25th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge