IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
APR 11 2014
U. S. DISTRICT COURT
MID. DIST. TENN.

**ROBERT ZENAS WHIPPLE, III** )
)
Plaintiff, ) CASE NO. 1:13-cv-00109
) CHIEF JUDGE HAYNES
v. ) JURY DEMAND
)
**DERRICK SCHOFIELD, et al.** )
)
Defendants. )

*[Handwritten annotation: Based upon the Defendants' responses set forth in this motion, this motion is DENIED. [signature] 5-13-14]*

## PLAINTIFF'S MOTION TO ENFORCE
## JANUARY 6, 2014 ORDER (DOCKET ENTRY NO. 98)

The plaintiff moves for a finding that Defendants are not in compliance with the order of the Court of January 6, 2014 (Docket Entry No. 98) and issue further orders to secure compliance. The court ordered Defendants to produce certain documents within 30 days, to wit:

I. Certified medical records for January 1, 2012 to Present from TDOC (to include documents and electronically stored information)

II. Certified medical records for June 1, 2011 to January 31, 2012 from Knox County Sheriff's Office (to include both documents and electronically stored information)

III. Certified medical records for January 2006 to December 2008 from TDOC (to include both documents and electronically stored information)

IV. Certified copy of prison file for January 2012 to Present (to include both documents and electronically stored information)

V. Log book in housing unit 2A for June 1, 2013 to Present from TDOC

To date, Defendants have produced only No. V in full; Nos. I and IV have been partially produced, and Nos. II and III have not been produced at all.