IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED IN CLERK'S OFFICE APR 1 1 2014 U. S. DISTRICT COURT MID. DIST. TENN.

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:13-cv-00109 |
| ) | CHIEF JUDGE HAYNES |
| v. ) | JURY DEMAND |
| ) | |
| DERRICK SCHOFIELD, et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE OF TENNESSEE DEPARTMENT OF CORRECTION POLICIES

[Handwritten annotation: *Order — Permission is GRANTED to the extent of published rules under the Tennessee Administrative Procedure Act, but is otherwise DENIED. Rule 201. s/WH S-13-14*]

Pursuant to Rule 201 of the *Federal Rules of Evidence*, Plaintiff moves the court to take judicial notice of State of Tennessee Department of Correction Administrative Policies and Procedures, Index Numbers 113.50 and 512.01. Copies of both are attached (Exhibits A and B).

Dated this 9th day of April, 2014

*/s/ Robert Z. Whipple, III*
Robert Z. Whipple, III #399615
Turney Center Industrial Complex
1499 R. W. Moore Memorial Hwy.
Only, Tennessee 37140-4050

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the foregoing document has been placed in the U.S. Mail, first class postage prepaid, to the following:

Arthur Crownover II
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 37202-0207

Gail Vaughn Ashworth
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 800
Nashville, TN 37219-1743

*/s/ Robert Z. Whipple, III*
Robert Z. Whipple, III #399615
Plaintiff, *pro se*