IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
APR 16 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:13-cv-00109 |
| | ) CHIEF JUDGE HAYNES |
| v. | ) JURY DEMAND |
| | ) |
| DERRICK SCHOFIELD, et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY DUE TO FAILURE TO RESPOND

The plaintiff moves pursuant to Rule 37(a)(3)(B)(iii–iv)[1], *Federal Rules of Civil Procedure*, for an order compelling Defendants Kevin Rea, Otis Campbell, and Tim Hansche ("these defendants") to answer the interrogatories propounded on February 27, 2014 and produce for inspection and copying the documents requested on January 31, 2014; February 5, 2014; and February 28, 2014. As grounds for this motion, Plaintiff avers that neither these defendants nor their counsel has served a written response to any of these discovery requests (*see Exhibit A*, ¶ 2–8). The discovery requests these defendants have failed to respond to are:

1. *PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS*

2. *PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS*

3. *PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KEVIN REA*

4. *PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TIM HANSCHE*

---

[1] (B) To Compel a Discovery Response. A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if:
(iii) a party fails to answer an interrogatory submitted under Rule 33; or
(iv) a party fails to respond that inspection will be permitted--or fails to permit inspection--as requested under Rule 34.

[Handwritten annotations in right margin: "ORDER Granduponn the parties' statement in open court this matter is DENIED as moot. [signature] [initials]"]