IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROBERT ZENAS WHIPPLE, III )
)
    Plaintiff, ) CASE NO. 1;13-cv-00109
) CHIEF JUDGE HAYNES
v. ) JURY DEMAND
)
DERRICK SCHOFIELD, et al. )
)
    Defendants, )

### PLAINTIFF'S MOTION TO RECONSIDER DOCKET ENTRY 180

*[Handwritten annotations: "Motion is DENIED" / "Based upon the parties' statements in open court this 6-4-14"]*

Plaintiff moves this honorable Court to reconsider *PLAINTIFF'S MOTION TO COMPEL DISCOVERY* (Docket Entry No. 180). In that motion, the plaintiff sought to have copies made March 28, 2014, during a document review, turned over to him. The Court denied the motion stating that the plaintiff must pay for copies. Plaintiff offers the following new information as grounds for this motion:

1. Plaintiff offered to pay for the copies on March 28 when they were made, but defendant Kevin Rea told the plaintiff that payment would not be necessary since the copies were so few in number.

2. On April 25, 2014, Mr. Rea stated that his attorney has still not authorized him to release the copies and told the plaintiff that the copies would be $20.25. That amount is based on a cost of 25 cents per copy; TDOC's usual and customary rate is just 15 cents per copy.

3. On April 28, 2014, Plaintiff sent Mr. Rea payment of $20.25 (Receipt attached as Exhibit A).

4. Plaintiff has not received the copies or a response of any kind, despite having paid a premium price for them.