IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:13-cv-00109 |
| ) | CHIEF JUDGE HAYNES |
| v. ) | JURY DEMAND |
| ) | |
| DERRICK SCHOFIELD, et al. ) | |
| ) | |
| Defendants. ) | |

*[Handwritten annotation: "Denied. Based upon the parties' statements in open court, this motion is DENIED. Signed [illegible] 6-5-14"]*

## PLAINTIFF'S MOTION TO RECONSIDER DOCKET ENTRY 184

Plaintiff moves this honorable Court to reconsider *PLAINTIFF'S MOTION TO COMPEL DISCOVERY DUE TO FAILURE TO RESPOND* (Docket Entry No. 184). In that motion, the plaintiff sought an order compelling counsel for defendants Otis Campbell, Kevin Rea, and Tim Hansche to respond to his discovery requests. A court order was entered on April 17, 2014 (Docket Entry No. 185); it was written on Docket Entry No. 180 but the docket summary referenced Docket Entry No. 184. Plaintiff wrote to the clerk to verify which motion was denied, but received no response and is therefore uncertain if this motion has been ruled on.

As grounds to reconsider, Plaintiff contends that the discovery requests in question were completely ignored by defense counsel Gail Vaughn Ashworth. She did not object, respond, seek more time, or take action in any way regarding these discovery requests. In addition, she has missed two more discovery deadlines while this motion was pending:

1. *PLAINTIFF'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS* (due April 15)

2. *PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KEVIN REA* (due April 21)