# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

ROBERT ZENAS WHIPPLE, III, )
)
    Plaintiff, )        Case No. 1:13-0109
) .    Chief Judge Haynes
v. )
)
DERRICK SCHOFIELD, et al., )
)
    Defendants. )

## O R D E R

Before the Court is Plaintiff's motion to dismiss the Defendant Debra Johnson (Docket

Entry No. 213) that is **GRANTED**. Plaintiff's claims against the Defendant Debra Johnson are

**DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the ____ day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court