RECEIVED
IN CLERK'S OFFICE
JUN 27 2014
U. S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:13-cv-00109 |
| ) | CHIEF JUDGE HAYNES |
| v. ) | JURY DEMAND |
| ) | |
| DERRICK SCHOFIELD, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO REINSTATE DEBRA JOHNSON AS DEFENDANT

Comes now the plaintiff and moves to reinstate Debra Johnson as a defendant in this suit. As grounds for this motion, plaintiff avers:

1. On May 30, 2014, Plaintiff was threatened with retaliation by Ms. Johnson for engaging in protected conduct (*see* ¶ 2, Exhibit A, *Declaration in Support…*).

2. Plaintiff dismissed Ms. Johnson with the express intent of avoiding retaliation (*Id.* ¶ 4).

3. Ms. Johnson retaliated against the plaintiff by having false disciplinary charges filed against him and removing him from his program assignment, contrary to written policies and procedures (*Id.* ¶¶ 5—9).

4. In Plaintiff's motion to dismiss (Docket Entry No. 213), he specifically requested "leave to reinstate Ms. Johnson as defendant should she retaliate in any way."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of June, 2014

*[signature]*
Robert Z. Whipple, III #399615
Turney Center Industrial Complex
1499 R. W. Moore Memorial Hwy.
Only, Tennessee 37140-4050

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the foregoing document has been placed in the U.S. Mail, first class postage prepaid, to the following:

Pamela S. Lorch
Arthur Crownover II
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 37202-0207

Gail Vaughn Ashworth
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 800
Nashville, TN 37219-1743

*[signature]*
Robert Z. Whipple, III #399615
Plaintiff, *pro se*