IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RECEIVED
IN CLERK'S OFFICE
JUN 27 2014
U. S. DISTRICT COURT
MID. DIST. TENN.

**ROBERT ZENAS WHIPPLE, III** )
)
Plaintiff, ) CASE NO. 1:13-cv-00109
) CHIEF JUDGE HAYNES
v. ) JURY DEMAND
)
**DERRICK SCHOFIELD, et al.** )
)
Defendants. )

*GRANT*
*This motion is*
*DENIED. Plaintiff's new*
*claim should be submitted*

## PLAINTIFF'S MOTION TO REINSTATE DEBRA JOHNSON AS DEFENDANT

*to the*
*Convenience*
Comes now the plaintiff and moves to reinstate Debra Johnson as a defendant in this suit. *procedure*

As grounds for this motion, plaintiff avers:

*under the*
*Prison*
1. On May 30, 2014, Plaintiff was threatened with retaliation by Ms. Johnson for engaging in *Litigation*
*Reform*
   protected conduct (*see* ¶ 2, Exhibit A, *Declaration in Support...*).
*Act.*

2. Plaintiff dismissed Ms. Johnson with the express intent of avoiding retaliation (*Id.* ¶ 4).

3. Ms. Johnson retaliated against the plaintiff by having false disciplinary charges filed against
*[signature]*
*6-30-14*
   him and removing him from his program assignment, contrary to written policies and

   procedures (*Id.* ¶¶ 5—9).

4. In Plaintiff's motion to dismiss (Docket Entry No. 213), he specifically requested "leave to

   reinstate Ms. Johnson as defendant should she retaliate in any way."

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

1:13-cv-00109 — PLAINTIFF'S MOTION TO REINSTATE DEBRA JOHNSON — Page 1 of 2

Case 1:13-cv-00109  Document 222  Filed 06/27/14  Page 1 of 2 PageID #: 889
Case 1:13-cv-00109  Document 224  Filed 06/30/14  Page 1 of 1 PageID #: 898