IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III | ) |
| Plaintiff, | ) CASE NO. 1:13-cv-00109 |
| | ) CHIEF JUDGE HAYNES |
| v. | ) JURY DEMAND |
| DERRICK SCHOFIELD, et al. | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER TO STOP RETALIATION

Comes now the plaintiff and moves for an order preventing Debra Johnson from retaliation against the Plaintiff. Specifically, Plaintiff prays that Debra Johnson be ORDERED to:

- refrain from engaging in any conduct that is calculated to lead to the "Serving with Canines" program being discontinued;

- not have the plaintiff moved to Unit 3, Unit 4, and/or another prison;

- restore plaintiff to his previous program assignment as an animal trainer; and

- cease all forms of retaliation for engaging in protected conduct.

As grounds for this motion, plaintiff avers:

1. On May 30, 2014, Plaintiff was threatened with retaliation by Ms. Johnson for engaging in protected conduct (*see* ¶ 2, Exhibit A, *Declaration in Support...*).

2. Plaintiff dismissed Ms. Johnson with the express intent of avoiding retaliation (*Id.* ¶ 4).

[Handwritten annotation: *This motion is DENIED for lack of proof and inappropriate remedies will[?] issue[?] 6-30-14*]