RECEIVED
IN CLERK'S OFFICE
MAY 08 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT Z. WHIPPLE, III, | )
| | )
| Plaintiff, | ) No. 1:13-cv-109
| | ) Senior Judge Haynes
| v. | ) Jury Demand
| | )
| DERRICK SCHOFIELD, et al., | )
| | )
| Defenants. | ) |

## AMENDED MOTION FOR A PRELIMINARY INJUNCTION
## REGARDING DISPENSING MEDICATION

COMES NOW the plaintiff, pro se, and hereby amends the motion for a preliminary injunction filed April 29, 2015 (Docket No. Unknown). Two days after filing the original motion (5-1-2015), prison medical officials "found" Plaintiff's medical records and dispensed the medication previously prescribed, rendering the motion moot. In this amendment, Plaintiff seeks an order requiring prison officials to dispense any and all medications prescribed (whether by prison medical staff or the specialists treating him for Barrett's and GERD) within seven (7) calendar days. As grounds, Plaintiff avers:

1. Dr Duane Smoot, Plaintiff's Gastroenterologist, warned him that if he does not continue taking medication to treat his Barrett's and GERD, his esophagus could suffer further damage and could even become cancerous. He also stated that with medication and cancer monitoring, Plaintiff would likely be fine.

2. While the "lost" medical records may have been due to care-lessness and neglect, Plaintiff's transfer was unquestion-

ably retaliation for protected conduct.

3. On April 17, 2015, two agents from Defendant Schofield's office met with Plaintiff and told him, in no uncertain terms, that he would be transferred to another prison as a result of his complaints, grievances, and lawsuits. See <u>Whipple v. Rochelle</u>, U.S.D.C. (M.D.Tenn.), No. 1:15-cv-40, ¶¶ 74-77.

4. The relief requested poses no burden to defendants whatsoever in that medication is normally dispensed the third business day after it is prescribed, while Plaintiff is at risk of irreparable harm if he is denied medication.

WHEREFORE, premises considered, Plaintiff respectfully requests that this Court issue an order, to remain in effect during the pendancy of this action, requiring prison officials to dispense any and all medications prescribed within seven (7) calendar days. Such order to apply to prescription written or recommended by prison physicians as well as specialist physicians treating Plaintiff for Barrett's and GERD.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May, 2015

*Robert Z. Whipple III* (signature)
Robert Z. Whipple, III #399615
BCCX Site 2
1045 Horsehead Road
Pikeville, TN 37367

- 2 -

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the foregoing has been placed in the U.S. Mail, first class postage prepaid, to:

Arthur Crownover II Gail Vaughn Ashworth
TN Attorney General's Ofc. Wiseman Ashworth Law Group
P. O. Box 20207 511 Union Street, Ste 800
Nashville, TN 37202-0207 Nashville, TN 37219-1743

Robert Z. Whipple, III #399615
Plaintiff, pro se

- 3 -

Case 1:13-cv-00109  Document 300  Filed 05/08/15  Page 3 of 6 PageID #: 1185

May 6, 2015

RE: <u>WHIPPLE v SCHOFIELD</u>, No 1:13-cv-109, Judge Haynes

Court Clerk
U.S. District Ct.
801 Broadway, Room 800
Nashville, TN 37203

Dear Clerk:

Enclosed please find my Amended Motion for Preliminary Injunction. An extra front page is enclosed, please stamp and return in the SASE.

Thank you,

*Robert Z Whipple III* (signature)

Robert Z. Whipple, III
Plaintiff

RECEIVED
IN CLERK'S OFFICE

MAY 08 2015

U.S. DISTRICT COURT
MID. DIST. TENN.

Robert Whipple 399615
BCCX Site 2
1045 Horsehead Rd
Pikeville, TN 37367

CHATTANOOGA
TN 374 LT
05 MAY 2015 PM

RECEIVED
IN CLERK'S OFFICE
MAY 08 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. District Court
801 Broadway, Room 800
Nashville, TN 37203

37203$3659

PRIVILEGED MAIL

