IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ROBERT Z. WHIPPLE, III, )
)
    Plaintiff, )
) No. 1:13-CV-109
v. ) Senior Judge Haynes
) JURY DEMAND
DERRICK SCHOFIELD, et al., )
)
    Defendants. )

## MOTION FOR PRELIMINARY INJUNCTION DIRECTING DEFENDANT'S TO DISPENSE MEDICATION

*ORDER*
*This motion is DENIED as moot. See D/E No. 300* [handwritten annotation]

COMES NOW the plaintiff, ROBERT Z. WHIPPLE, III, and moves this Honorable Court for an order directing defendants to dispense Prilosec in a 40mg dose, as prescribed by Defendant Campbell on April 20, 2015. As grounds for this motion, Plaintiff avers:

1. This court previously ordered defendants to give the plaintiff "Prilosec until treated by a specialist" (Docket Entry No. 53).

2. Plaintiff has seen a specialist, and he has recommended that Plaintiff continue to take Prilosec to control pain and prevent further damage to his esophagus. Plaintiff has taken this medication continuously since the original Court Order.

3. Defendant Campbell examined Plaintiff on April 20, 2015, and prescribed an increase from 20mg to 40mg. Since that date, Plaintiff has been taking two 20mg Prilosec pills each day to make up the higher dose.

4. Plaintiff was transferred from Turney Center Industrial Complex to Bledsoe County Correctional Complex in retaliation for his complaints, grievances, and lawsuits (including