IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROBERT Z. WHIPPLE, III, )
)
Plaintiff, ) No. 1:13-cv-109
) Senior Judge Haynes
v. ) Jury Demand
)
DERRICK SCHOFIELD, et al., )
)
Defendants. )

*[Handwritten annotation: ORDER. This motion is DENIED for the reasons stated in open court. /s/ 7-23-15]*

## AMENDED MOTION FOR A PRELIMINARY INJUNCTION
## REGARDING DISPENSING MEDICATION

COMES NOW the plaintiff, pro se, and hereby amends the motion for a preliminary injunction filed April 29, 2015 (Docket No. Unknown). Two days after filing the original motion (5-1-2015), prison medical officials "found" Plaintiff's medical records and dispensed the medication previously prescribed, rendering the motion moot. In this amendment, Plaintiff seeks an order requiring prison officials to dispense any and all medications prescribed (whether by prison medical staff or the specialists treating him for Barrett's and GERD) within seven (7) calendar days. As grounds, Plaintiff avers:

1. Dr Duane Smoot, Plaintiff's Gastroenterologist, warned him that if he does not continue taking medication to treat his Barrett's and GERD, his esophagus could suffer further damage and could even become cancerous. He also stated that with medication and cancer monitoring, Plaintiff would likely be fine.

2. While the "lost" medical records may have been due to care-lessness and neglect, Plaintiff's transfer was unquestion-